

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00427-CV

———————————————

TYRONE HALL, Appellant

V.

RICHARD WATHEN, LARES D. ANDEAS, CHARLES R. HONSLEY, WRAN HOWARD, ROBERT D. STIVERS, ALEJANDAL R. LAUREL, CECILIO GUERRA, SHERILYN TRENT, AND RICHARD D. FRANCO, Appellees

---

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. 183,834-A

---

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 14, 2020, we notified appellant by letter that his brief filed January 3, 2020 did not comply with Rule 38.1(a)–(d), (g)–(k) of the Texas Rules of Appellate Procedure or Local Rule 1.A and that a compliant, amended brief was due by Friday, January 24, 2020. *See* Tex. R. App. P. 9, 38, and 2nd Tex. App. (Fort Worth) Loc. R. 1. We warned that his failure to file an amended brief that complied with the rules by January 24, 2020 could result in our striking the brief filed and dismissing the appeal or the waiver of his noncomplying points. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. No amended brief was received.

On January 29, 2020, we again sent a written notice to appellant, reminding him that we had notified him on January 14 of his brief's deficiencies and had set January 24 as the due date for a compliant, amended brief, and we stated that no amended brief had been filed. We again gave appellant a deadline for filing a compliant, amended brief—Monday, February 10, 2020, and we stated that his failure to file an amended brief that complies with Rule 38 of the Texas Rules of Civil Procedure and our Local Rule 1.A. by that deadline could result in our striking the brief he filed and dismissing the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because appellant has failed to file a compliant, amended brief even after we afforded ample opportunities to do so, we strike his brief filed January 3, 2020, and

2

dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  March 5, 2020